AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas El Paso Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) | Case No. EP:25-M-02399-LE-1 |
| Luis Pablo MENDOZA-Amayo | ) ) ) ) | |
| *Defendant(s)* | | |

**FILED**
May 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Adriana Quezada
DEPUTY

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 12, 2025__ in the county of __El Paso__ in the __Western District of Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326 | defendant(s) did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557 |

This criminal complaint is based on these facts:
The DEFENDANT, Luis Pablo MENDOZA-Amayo, an alien to the United States and a citizen of Mexico was found approximately 9.5 miles west of the Tornillo Port of Entry in Tornillo, Texas, in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Mexico on April 22, 2025, through El Paso, Texas. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.
Continued on the attached sheet.

Complaint sworn to telephonically on __May 27, 2025__ at __08:52 AM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Cesar E. Ponce  Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __May 27, 2025__

*Judge's signature*

City and state: __El Paso, Texas__   Laura Enriquez U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Luis Pablo MENDOZA-Amayo

PEPT# PEPT250501494

05/14/2025

FACTS    (CONTINUED)

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
The DEFENDANT has been removed 1 time(s), the last one being to MEXICO on April 22, 2025, through EL PASO, TX

Criminal History:
NONE